UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TED HALL,

    Plaintiff,

v.

                         Case No. 15-13643
                         Hon. Gerald E. Rosen
                         Magistrate Judge Anthony P. Patti

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      December 12, 2016

PRESENT:    Honorable Gerald E. Rosen
                       United States District Judge

On August 24, 2016, Magistrate Judge Anthony P. Patti issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Ted Hall's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. Plaintiff filed objections to the R & R on September 7, 2016, and Defendant responded to these objections on September 21, 2016.

As observed by Defendant, Plaintiff's objections reiterate the arguments

advanced in his underlying motion for summary judgment. Having reviewed the R & R, Plaintiff's objections, and Defendant's response, as well as the parties' underlying summary judgment motions and the administrative record, the Court finds that the Magistrate Judge ably addressed each of Plaintiff's arguments, and that it is unnecessary to add to the Magistrate Judge's analysis. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's September 7, 2016 objections to the R & R (docket #13) are OVERRULED, and that the Magistrate Judge's August 24, 2016 Report and Recommendation (docket #12) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's January 22, 2016 motion for summary judgment (docket #9) is DENIED, and that Defendant's March 23, 2016 motion for summary judgment (docket #11) is GRANTED.

              s/Gerald E. Rosen
              United States District Judge

Dated: December 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2016, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135